[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-10962
Non-Argument Calendar
_____

D.C. Docket No. 1:13-cr-00191-CB-B-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WILLIAM DOUGLAS MCRAND, III,
a.k.a. McGram,
a.k.a. June Bug,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama
_____

(November 14, 2014)

Before HULL, ROSENBAUM and JULIE CARNES, Circuit Judges.

PER CURIAM:

Eleanor J. Jones, appointed counsel for William McRand, III in this direct criminal appeal, has moved to withdraw from further representation of McRand and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED** and McRand's convictions and sentences are **AFFIRMED**.